ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil File No. 02-0253 DSD/SRN

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION MASTER TRUST FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, TWIN CITY CARPENTERS VACATION FUND TRUSTS,

Plaintiffs,

vs.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

K.I.H. ERECTING, CO. and VERN S. KAHLSTORF, individually,

Defendants.

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Date: September 18, 2002

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

*ATTORNEYS FOR PLAINTIFFS*

FILED 9-25-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: 9/24/02

The Honorable David S. Doty
Judge of District Court